IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **BONNIE JO GRINNELL,** | : |
| | :   Case No. 2:17-cv-270 |
| **Plaintiff,** | : |
| | :   **JUDGE ALGENON L. MARBLEY** |
| v. | : |
| | :   **Magistrate Judge Jolson** |
| **COMMISSIONER OF SOCIAL SECURITY,** | : |
| | : |
| **Defendant.** | : |

## ORDER

This matter comes before the Court on the Magistrate Judge's November 20, 2017 **Report and Recommendation** (ECF No. 15), which recommended that Plaintiff's Statement of Errors be overruled, and that Judgment be entered in favor of Defendant.

The Report and Recommendation specifically advised the parties that the failure to object results in a waiver of the right to have the district judge review the Report and Recommendation *de novo*, and also operates as a waiver of the right to appeal the decision of the District Court adopting the Report and Recommendation. (*Id.* at 11–12). The parties have failed to file any objections, and the deadline for objections (December 4, 2017) has lapsed.

The Court hereby **ADOPTS** the Report and Recommendation based on the independent consideration of the analysis therein. The Motion for Default Judgment is **GRANTED**, the Statement of Errors is overruled, and Judgment is entered in favor of Defendant.

**IT IS SO ORDERED.**

                                                                    *s/ Algenon L. Marbley*
                                                                    **ALGENON L. MARBLEY**
                                                                    **UNITED STATES DISTRICT JUDGE**

**DATED: December 12, 2017**